**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
32 Erins Way
Holden, MA 01520
Telephone: (805) 377-9181
Email: tharris@tharrislawoffice.com

Attorney for Plaintiff, CYNTHIA WARRENDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA WARRENDER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIPPMAN RECUPERO, LLC; ACCELERATED INVENTORY MANAGEMENT, LLC; and DOES 1 through 30 inclusive,<br><br>　　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO: 25-cv-10962-YGR

**STIPULATION OF DISMISSAL WITH PREJUDICE**
(Fed. R. Civ. P. 41(a)(1)(A)(ii))

Assigned Judge:
Hon. Yvonne Gonzalez Rogers, U.S. District Judge

**Complaint Filed on 12/24/2025**

Plaintiff Cynthia Warrender, through her counsel Therese S. Harris, and Defendant Accelerated Inventory Management, LLC, through its counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, including all claims and causes of action asserted herein, shall be dismissed with prejudice.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

-1-

Each party shall bear its own attorneys' fees, costs, and expenses unless otherwise agreed in the parties' written settlement agreement.

IT IS SO STIPULATED.

Dated: April 17, 2026          Respectfully submitted,

                              LAW OFFICES OF THERESE S. HARRIS


                              By: _____/s/_____
                                  THERESE S. HARRIS, ESQ.
                                  ATTORNEY FOR PLAINTIFF

Dated: April 17, 2026          BARKES LAW APC


                              By: _____/s/_____
                                  R. PAUL BARKES, ESQ.
                                  ATTORNEY FOR ACCELERATED INVENTORY
                                  MANAGEMENT, LLC

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years, and not a party to the within action. My business address is Therese Harris Law Offices, 32 Erins Way, Holden, MA 01520. On May 4, 2026, I served the within document(s):

• **STIPULATION OF DISMISSAL WITH PREJUDICE**

☐    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on May 4, 2026, at Holden, MA.

/s/

_____

Therese S. Harris

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

-3-